# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-647-070**

Effective date of registration:

July 12, 2012

---

## Title

**Title of Work:** MAXIMUM CONVICTION

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Maxcon Productions Inc
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Maxcon Productions Inc
100 Universal City Plz 5183, Universal City, CA, 91608, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Name:** Bryan Sexton
**Email:** bs@hmbmail.com      **Telephone:** 818-733-3700
**Address:** 100 Universal City Plz 5183
Universal City, CA 91608 United States

## Certification

**Name:** Peter Richards
**Date:** July 11, 2012

**Applicant's Tracking Number:** 8728-4736-3975

**Registration #:** PAU003647070
**Service Request #:** 1-793406561



Maxcon Productions Inc
Bryan Sexton
100 Universal City Plz 5183
Universal City, CA 91608