## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

VOLTAGE PICTURES, LLC,
a California Limited Liability Company

      Plaintiff,

---

## STATUS REPORT

---

COMES NOW Plaintiff, Voltage Pictures, LLC, ("Plaintiff" or "Voltage"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 13-CV-00900**: Plaintiff issued subpoenas to Bresnan Communications, LLC; CenturyLink, Inc.; and Comcast Cable Communications Management, LLC on April 19, 2013.

**Civil Action No. 13-CV-00902**: Plaintiff issued Subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

**Civil Action No. 13-CV-00903**: Plaintiff issued Subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

**Civil Action No. 13-CV-00990**: Plaintiff issued Subpoenas to Bresnan Communications, LLC; CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 19, 2013.

**Civil Action No. 13-CV-00991**: Plaintiff issued Subpoenas to CenturyLink Inc.; FDCSERVERS.NET, LLC; Verizon Wireless Telecom Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

**Civil Action No. 13-CV-00993**: Plaintiff issued Subpoenas to CenturyLink Inc.; Bresnan Communications, LLC; FDCSERVERS.NET, LLC; JAB Wireless, Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.

**Civil Action No. 13-CV-01121**: Plaintiff issued Subpoenas to Bresnan Communications, LLC; CenturyLink, Inc.; CenturyTel Communications, Comcast Cable Communications Management, LLC, FDCServers.net, LLC, TDS Telecom Service and ViaSat Communications, Inc. on May 17, 2013

**Civil Action No. 13-CV-01122**: Plaintiff issued Subpoenas to CenturyLink Inc. JAB Wireless Communications, LLC and Comcast Cable Communications Management, LLC on May 17, 2013.

**Civil Action No. 13-CV-01123**: Plaintiff issued Subpoenas to CenturyLink Inc. ViaSat Communications, Inc. and Comcast Cable Communications Management, LLC on May 17, 2013.

Respectfully submitted this 6th day of June, 2013.

BROWN & KANNADY, LLC

/s/ Scott T. Kannady
Scott T. Kannady, No. 29995
BROWN & KANNADY, LLC
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone:  (303) 757-3800
Fax:  (303) 757-3815
E-mail:  scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 6th day of June, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

By: <u>/s/ Maegan M. Stevens</u>
Maegan Stevens, paralegal
Brown & Kannady, LLC