**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

VOLTAGE PICTURES, LLC,
a California Limited Liability Company

    Plaintiff,

**STATUS REPORT**

COMES NOW Plaintiff, Voltage Pictures, LLC, ("Plaintiff" or "Voltage"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 13-CV-00900**: Plaintiff issued subpoenas to Bresnan Communications, LLC; CenturyLink, Inc.; and Comcast Cable Communications Management, LLC on April 19, 2013.

**Civil Action No. 13-CV-00902**: Plaintiff issued Subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.  The Plaintiff dismissed Doe #1 from the case.

**Civil Action No. 13-CV-00903**: Plaintiff issued Subpoenas to CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.  The Plaintiff dismissed Doe #2 from the case.

**Civil Action No. 13-CV-00990**: Plaintiff issued Subpoenas to Bresnan Communications, LLC; CenturyLink Inc. and Comcast Cable Communications Management, LLC on April 19, 2013.

**Civil Action No. 13-CV-00991**: Plaintiff issued Subpoenas to CenturyLink Inc.; FDCSERVERS.NET, LLC; Verizon Wireless Telecom Inc. and Comcast Cable Communications Management, LLC on April 22, 2013. The Plaintiff dismissed Does #1, 4, 3 and 8 from the case.

**Civil Action No. 13-CV-00993**: Plaintiff issued Subpoenas to CenturyLink Inc.; Bresnan Communications, LLC; FDCSERVERS.NET, LLC; JAB Wireless, Inc. and Comcast Cable Communications Management, LLC on April 22, 2013.  The Plaintiff dismissed Does # 4, 5 and 18 from the case.

**Civil Action No. 13-CV-01121**: Plaintiff issued Subpoenas to Bresnan Communications, LLC; CenturyLink, Inc.; CenturyTel Communications, Comcast Cable Communications Management, LLC, FDCServers.net, LLC, TDS Telecom Service and ViaSat Communications, Inc. on May 17, 2013

**Civil Action No. 13-CV-01122**: Plaintiff issued Subpoenas to CenturyLink Inc. JAB Wireless Communications, LLC and Comcast Cable Communications Management, LLC on May 17, 2013. The Plaintiff dismissed Does #1 and 17 from the case.

**Civil Action No. 13-CV-01123**: Plaintiff issued Subpoenas to CenturyLink Inc. ViaSat Communications, Inc. and Comcast Cable Communications Management, LLC on May 17, 2013.

Respectfully submitted this 10th day of July, 2013.

                                      BROWN & KANNADY, LLC

                                      /s/ Scott T. Kannady
                                      Scott T. Kannady, No. 29995
                                      BROWN & KANNADY, LLC
                                      2000 South Colorado Blvd., Suite 2-610
                                      Denver, CO 80222
                                      Phone:  (303) 757-3800
                                      Fax:  (303) 757-3815
                                      E-mail:  scott@brownlegal.com

                                      ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 10th day of July, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                   By: /s/ Maegan M. Stevens
                                                     Maegan Stevens, paralegal
                                                     Brown & Kannady, LLC