IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00990-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1-5, 7-14,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2013.**

John Doe 7's Motion for Leave to Proceed Anonymously [filed August 15, 2013; docket #23] is **granted**. The Defendant may proceed anonymously in this matter as "John Doe 7" only for the purpose of adjudicating its pending motion to quash. Upon resolution of the motion to quash, should John Doe 7 perceive a need to continue proceeding anonymously in this case, it must then seek permission from the Court to continue proceeding anonymously.

Pursuant to D.C. Colo. LCivR 7.1C, the Plaintiff shall file a response to the pending motion to quash on or before September 9, 2013 and John Doe 7 may file a reply in support of the motion within fourteen (14) days after the response is served.